PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATHANIEL DUMAS ) | |
| ) | CASE NO. 4:16cv2173 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| REBECCA DOHERTY, *et al.*, ) | |
| ) | **MEMORANDUM OF OPINION AND** |
| Defendants. ) | **ORDER** |

    Plaintiff *pro se* Nathaniel Dumas, an inmate at the Ross Correctional Institution, filed this *in forma pauperis* action against Defendants Mahoning County Prosecutors Rebecca Doherty and Jennifer McLaughlin, and Attorney Mark Carfolo. Plaintiff alleges in his Complaint that Defendants conspired to obtain criminal convictions against him, which resulted in his current incarceration. ECF No. 1. For the reasons stated below, this action is dismissed.

    A prisoner is prohibited from bringing a civil action or appealing a judgment in a civil action *in forma pauperis* if, on three or more prior occasions, the prisoner brought an action or appeal in a court of the United States that was dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted. 28 U.S.C. § 1915(g). The statute makes an exception to the three-strikes rule when the prisoner is "under imminent danger of serious physical injury." *Id*.

    Dumas has on at least three prior occasions filed an *in forma pauperis* inmate civil action

(4:16cv2173)

in federal court that was dismissed as frivolous or for failure to state a claim. *See Dumas v. Christian, et al.*, No. 4:16CV1705 (N.D. Ohio Aug. 31, 2016); *Dumas v. Carfolo, et al.*, No. 4:14CV2828 (N.D. Ohio May 8, 2015); and *Dumas v. Carfolo, et al.*, Case No. 4:14CV1742 (N.D. Ohio Dec. 22, 2014). As there are no allegations in the instant complaint suggesting Plaintiff is in imminent danger of serious physical injury, he may not proceed *in forma pauperis*, and this case is subject to summary dismissal. *Rittner v. Kinder*, 290 F. App'x 796, 797–98 (6th Cir. 2008).

      Accordingly, this action is dismissed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

      IT IS SO ORDERED.

|  September 30, 2016 | */s/ Benita Y. Pearson* |
|---|---|
| Date | Benita Y. Pearson<br>United States District Judge |